# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHELLI ROSE DEWEY,

    Petitioner,

vs.

CAROLYN MYLES, et al.,

    Respondents.

Case No. 3:13-cv-00317-LRH-WGC

**ORDER**

    Petitioner has filed a first amended petition (#16). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

    Petitioner also has filed a motion for leave to file exhibits under seal (#30), and respondents do not oppose the motion (#32). Having reviewed the exhibits listed in the motion, the court agrees that there are compelling reasons to keep these exhibits under seal.

    IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the amended petition (#16). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

///

///

///

-2-

1   IT IS FURTHER ORDERED that petitioner's motion for leave to file exhibits under seal
2  (#30) is **GRANTED**.
3   DATED this 29th day of December, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-2-