# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHELLI ROSE DEWEY,

    Petitioner,                                  3:13-cv-00317-LRH-WGC

vs.

**ORDER**

DWIGHT NEVEN, *et al.*,

    Respondents.

_____/

    This action is a petition for writ of habeas corpus by Nevada prisoner Shelli Rose Dewey. The action was stayed on January 26, 2016, pending completion of Dewey's state court litigation. *See* Order entered January 26, 2016 (ECF No. 52).

    On July 5, 2017, Dewey filed a Motion to Lift Stay (ECF No. 55). In that motion, Dewey states that her state court litigation has been completed, and she asks that the stay of this action be lifted. Respondents filed a response on July 19, 2017, indicating that they do not oppose the lifting of the stay (ECF No. 57).

    Therefore, good cause appearing, it is ordered that Dewey's Motion to Lift Stay (ECF No. 55) is granted. The stay of this action is vacated. The Clerk of the Court shall reopen this case.

    It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court shall substitute Dwight Neven for Carolyn Myles, on the docket for this case, as the

///

respondent warden of the Florence McClure Women's Correctional Center, and shall update the caption of the action to reflect this change.

It is further ordered that the following schedule shall govern the further litigation of this action:

1. Second Amended Petition. Petitioner shall have 60 days from the date of this order to file a second amended petition for writ of habeas corpus.

2. Response to Second Amended Petition. Respondents shall have 60 days following the filing of petitioner's second amended petition to file and serve an answer or other further response to the second amended petition.

3. Reply and Response to Reply. Petitioner shall have 60 days following service of an answer to file and serve a reply. Respondents shall thereafter have 30 days following service of a reply to file and serve a response to the reply.

4. Briefing of Motion to Dismiss. If respondents file a motion to dismiss, petitioner shall have 60 days following service of the motion to file and serve a response to the motion. Respondents shall thereafter have 30 days following service of the response to file and serve a reply.

5. Discovery. If petitioner wishes to move for leave to conduct discovery, petitioner shall file and serve such motion concurrently with, but separate from, the response to respondents' motion to dismiss or the reply to respondents' answer. Any motion for leave to conduct discovery filed by petitioner before that time may be considered premature, and may be denied, without prejudice, on that basis. Respondents shall file and serve a response to any such motion concurrently with, but separate from, their reply in support of their motion to dismiss or their response to petitioner's reply. Thereafter, petitioner shall have 30 days to file and serve a reply in support of the motion for leave to conduct discovery.

6. Evidentiary Hearing. If petitioner wishes to request an evidentiary hearing, petitioner shall file and serve a motion for an evidentiary hearing concurrently with, but separate from, the response to respondents' motion to dismiss or the reply to respondents' answer. Any motion for an

1 evidentiary hearing filed by petitioner before that time may be considered premature, and may be
2 denied, without prejudice, on that basis.  If petitioner files a motion for an evidentiary hearing,
3 respondents shall file and serve a response to that motion concurrently with, but separate from, their
4 reply in support of their motion to dismiss or their response to petitioner's reply.  Thereafter,
5 petitioner shall have 30 days to file and serve a reply in support of the motion for an evidentiary
6 hearing.

8     DATED this 20th day of July, 2017.

      _____
      LARRY R. HICKS
      UNITED STATES DISTRICT JUDGE