# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHELLI ROSE DEWEY,

    Petitioner,

vs.

DWIGHT NEVEN, *et al.*,

    Respondents.

_____/

3:13-cv-00317-LRH-WGC

**ORDER**

In this habeas corpus action, the petitioner, Nevada prisoner Shelli Rose Dewey, filed a second amended petition on September 18, 2017 (ECF No. 59). The respondents were due to respond to the second amended petition by November 17, 2017. *See* Order entered July 20, 2017 (ECF No. 58) (60 days for response).

On November 17, 2017, respondents filed a motion for an extension of time (ECF No. 60), requesting a 60-day extension of time, to January 16, 2018. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Dewey does not oppose the motion for extension of time. The Court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

**IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 60) is **GRANTED**. Respondents will have until **January 16, 2018**, to answer or otherwise respond to the petitioner's second amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 20, 2017 (ECF No. 58) shall remain in effect.

DATED this 21st day of November, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE