UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHELLY ROSE DEWEY,<br><br>    Petitioner,<br>v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>    Respondents. | Case No. 3:13-cv-00317-LRH-WGC<br><br>ORDER |

In this habeas corpus action, the respondents filed a motion to dismiss (ECF No. 64) on March 9, 2018. The petitioner, Shelly Rose Dewey, filed an opposition to the motion to dismiss (ECF No. 65) on April 6, 2018. Respondents' reply was then due on May 7, 2018. *See* Order entered July 20, 2017 (ECF No. 58) (30 days for reply).

On May 7, 2018, respondents filed a motion for an extension of time (ECF No. 66), requesting a 30-day extension of time, to June 6, 2018, for their reply in support of their motion to dismiss. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. The petitioner does not oppose the motion for extension of time. The Court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

1

**IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 66) is **GRANTED**. Respondents will have until June 6, 2018, to file a reply in support of their motion to dismiss.

DATED this 10th day of May, 2018.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE