UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHELLI ROSE DEWEY,<br><br>　　Petitioner,<br>　　　v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>　　Respondents. | Case No. 3:13-cv-00317-LRH-WGC<br><br>ORDER |

In this habeas corpus action, on August 10, 2018, the Court resolved the respondents' motion to dismiss, granted that motion in part and denied it in part, dismissed certain of the claims of the petitioner, Shelli Rose Dewey, and ordered the respondents to file an answer, responding to Dewey's remaining claims within 90 days – by November 8, 2018. *See* Order entered August 10, 2018 (ECF No. 69).

On November 8, 2018, Respondents filed a motion for an extension of time (ECF No. 70), requesting a 40-day extension of time, to December 18, 2018, for the answer. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. The petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (**ECF No. 70**) is **GRANTED**. Respondents will have until **December 18, 2018**, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 20, 2017 (ECF No. 58) will remain in effect.

DATED this 14th day of November, 2018.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE