UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHELLI ROSE DEWEY,

    Petitioner,

        v.

DWIGHT NEVEN, *et al.*,

    Respondents.

Case No. 3:13-cv-00317-LRH-WGC

ORDER GRANTING MOTION FOR EXTENSION OF TIME

In this habeas corpus action, the respondents were due to file an answer by February 21, 2019 (ECF No. 75). On February 21, 2019, Respondents filed a motion for extension of time (ECF No. 76), requesting a five-day extension of time for their answer. Respondents then filed their answer on February 26, 2019, as contemplated in their motion for extension of time (ECF No. 77). Respondents' counsel states that the extension of time was necessary because of his obligations in other cases. The petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time was made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the extension of time as requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (**ECF No. 76**) is **GRANTED**. Respondents' answer will be treated as timely filed.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 20, 2017 (ECF No. 58) will remain in effect.

DATED this 27th day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1